# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

PEGGY A. WILLIAMS

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

PROGRESS SOFTWARE CORPORATION

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. ____________
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | PEGGY A. WILLIAMS |
| Street Address | P.O. BOX 21971 |
| City and County | SAN JOSE, SANTA CLARA COUNTY |
| State and Zip Code | CALIFORNIA 95151 |
| Telephone Number | 408-520-8022 |
| E-mail Address | pawwil@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | PROGRESS SOFTWARE CORPORATION |
| Job or Title *(if known)* | |
| Street Address | 15 Wayside Rd, Suite 400 |
| City and County | Burlington, Middlesex County |
| State and Zip Code | Massachusetts 01803 |
| Telephone Number | 781-280-4000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* PEGGY A. WILLIAMS, is a citizen of the State of *(name)* CALIFORNIA.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______, is a citizen of the State of *(name)* ______. Or is a citizen of *(foreign nation)* ______.

b. If the defendant is a corporation

The defendant, *(name)* PROGRESS SOFTWARE CORPORA , is incorporated under the laws of the State of *(name)* MASSACHUSETTS , and has its principal place of business in the State of *(name)* MASSACHUSETTS .

Or is incorporated under the laws of *(foreign nation)* ________ , and has its principal place of business in *(name)* ________ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

Due to Defendant's failure to property secure and safeguard personally identifiable information (PII) of Plaintiff exploited by Defendant's Data Breach event on 5/29/2023. Plaintiff is requesting an award of damages, including, but not limited to, actual, consequential, and nominal damages, of $750,000 that includes recovery of banking and personal accounts, fees and charges for all costs of recover and cost for the loss of intellectual property owned by Plaintiff.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant's failure to properly secure and safeguard personally identifiable information ("PII") including but not limited to, Plaintiff's name, Social Security number, birth date, demographic information, Health Benefits enrollment, policy and other financial information. Defendants' unreasonable and inadequate data security practices put the Plaintiff at a current and ongoing risk for identify theft, invasion of privacy, financial costs mitigating risk of identity theft, loss and diminished of PII. Defendants failed to take appropriate steps to protect the PII of Plaintiff from being compromised. The ramification of Defendants' failure to keep secure the PII and protect intellectual property of Plaintiff are long lasting and severe and the risk of fraud.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

For an award of attorneys' fees, costs, and litigation expenses, as allowed by law;
For prejudgment interest on all amounts awarded;
Identity Theft Insurance of $1 Million to mitigate future damages.
Such other and further relief as this Court may deem just and proper.
Wrongs continuing is the unexpected expenses and loss or privacy
Financial loss and reputation causing devastating damage for owned business and Intellectual Property

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/14/2024

Signature of Plaintiff [signature]

Printed Name of Plaintiff Peggy A. Williams

### B. For Attorneys

Date of signing: __________

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address